UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11292DPW

_____
                                )
MARIO E. MENDES                 )
        Plaintiff,              )
                                )
v.                              )    NOTICE OF APPEARANCE
                                )
BRIAN SWEET and                 )
JOAQUIM MIRANDA,                )
        Defendants.             )
_____)

    Please enter the appearance of the undersigned as attorney of record for the plaintiff, Mario E. Mendes.

                                    _____
                                    Jose C. Centeio (BBO No. 55440)
                                    Nathanson & Goldberg, P.C.
                                    Two Oliver Street
                                    Eighth Floor
                                    Boston, MA 02109
                                    (617) 210-4815