UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11292DPW

| | |
|---|---|
| MARIO E. MENDES ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| BRIAN SWEET and ) | |
| JOAQUIM MIRANDA, ) | |
| Defendants. ) | |

Please enter the appearance of the undersigned as attorney of record for the plaintiff, Mario E. Mendes.

Jose C. Centeio (BBO No. 55440)
Nathanson & Goldberg, P.C.
Two Oliver Street
Eighth Floor
Boston, MA 02109
(617) 210-4815

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11292DPW

| | |
|---|---|
| MARIO E. MENDES <br> Plaintiff, <br><br> v. <br><br> BRIAN SWEET and <br> JOAQUIM MIRANDA, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

Shannon M. Fitzpatrick hereby certifies that the foregoing Notice of Appearance and Notice of Withdrawal was served via first class U.S. mail, postage prepaid, this July 27, 2005 on the following attorneys of record:

Timothy M. Burke
Law Offices of Timothy M. Burke
160 Gould Street
Suite 116
Needham, MA 02194

Leonard H. Kesten
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
12th Floor
Boston, MA 02116

_____
Shannon M. Fitzpatrick