UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO E. MENDES,<br>Plaintiff,<br><br>v.<br><br>BRIAN SWEET and<br>JOAQUIM MIRANDA,<br>Defendants. | C.A. No. 05-11292 DPW |

### DEFENDANT, JOAQUIM MIRANDA'S, ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

#### FIRST DEFENSE

The defendant, Joaquim Miranda, hereby states that the plaintiff's complaint fails to state a cause of action upon which relief can be granted.

#### SECOND DEFENSE

The defendant, Joaquim Miranda, hereby answers the plaintiff's Complaint, Paragraph by Paragraph, as follows:

1. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. The defendant admits the allegations contained in this paragraph.

3. The defendant admits the allegations contained in this paragraph.

4. The defendant admits that on March 8, 2004 he observed the plaintiff exceeding the speed limit and caused the plaintiff's motor vehicle to stop.

5. The defendant admits that he arrested the plaintiff on that night. The defendant denies that he arrested him "due to misunderstanding".

6. The defendant admits that he was required to use force to subdue the plaintiff. The defendant cannot comment on the plaintiff's state of mind other than stating that the plaintiff resisted arrest.

7. The defendant admits that he had to call for back up help because the plaintiff had become violent and resisted arrest. The defendant admits that Trooper Sweet came to the scene.

8. The defendant admits the allegations contained in this paragraph.

9. The defendant denies the allegations contained in this paragraph.

10. The defendant denies the allegations contained in this paragraph.

11. The defendant admits the allegations contained in this paragraph.

12. The defendant denies the allegations contained in this paragraph.

13. The defendant denies the allegations contained in this paragraph.

14. The defendant denies the allegations contained in this paragraph.

15. The defendant admits the allegations contained in this paragraph.

16. The allegations in this paragraph call for a legal conclusion and, therefore require no response from the defendant.

## COUNT I
### (Assault and Battery-Sweet)

17. The defendant restates and incorporates by reference his answers to paragraphs 1 through 16 above.

18. This Paragraph refers to another party and does not require a response from answering defendant.

## COUNT II
### (Intentional Infliction of Emotional Distress-Sweet)

19. The defendant restates and incorporates by reference his answers to paragraphs 1 through 18 above.

20. This Paragraph refers to another party and does not require a response from answering defendant.

21. This Paragraph refers to another party and does not require a response from answering defendant.

22. This Paragraph refers to another party and does not require a response from answering defendant.

## COUNT III
### (Malicious Prosecution-Miranda)

23. The defendant restates and incorporates by reference his answers to paragraphs 1 through 22 above.

24. The defendant denies the allegations contained in this paragraph.

25. The defendant admits the allegations contained in this paragraph.

26. The defendant denies the allegations contained in this paragraph.

27. The defendant denies the allegations contained in this paragraph.

28. The defendant denies the allegations contained in this paragraph.

## COUNT IV
### (Massachusetts Civil Rights Violation-Sweet and Miranda)

29. The defendant restates and incorporates by reference his answers to paragraphs 1 through 28 above.

30. The defendant denies the allegations contained in this paragraph

31. The defendant denies the allegations contained in this paragraph

## COUNT V
### (Civil Rights Violation under 42. U.S.C. §1983-Sweet and Miranda)

32. The defendant restates and incorporates by reference his answers to paragraphs 1 through 31 above.

33. The defendant denies the allegations contained in this paragraph

34. The defendant denies the allegations contained in this paragraph

## COUNT VI
### (Negligence-Miranda)

35. The defendant restates and incorporates by reference his answers to paragraphs 1 through 34 above.

36. The defendant denies the allegations contained in this paragraph.

37. The defendant denies the allegations contained in this paragraph.

38. The defendant denies the allegations contained in this paragraph.

WHEREFORE, the defendant, Joaquim Miranda, denies the plaintiff is entitled to judgment in any amount against the defendant and, furthermore, the defendant asks this Honorable Court to enter judgment for the defendant and against the plaintiff along with interests, costs and attorneys fees.

AFFIRMATIVE DEFENSE

### AFFIRMATIVE DEFENSE NO. 3

By way of affirmative defense, the defendant states that the defendant's actions are entitled to qualified good faith immunity.

### AFFIRMATIVE DEFENSE NO. 4

By way of affirmative defense, the defendant states that his actions are immune from suit as they were discretionary functions.

### AFFIRMATIVE DEFENSE NO. 5

By way of affirmative defense, the defendant states that the applicable statute of limitations precludes the plaintiff from recovering.

## JURY CLAIM

THE DEFENDANT, JOAQUIM MIRANDA, CLAIMS A TRIAL BY JURY AS TO ALL ISSUES PROPERLY TRIABLE TO A JURY.

>Respectfully submitted,
>Defendant,
>Joaquim Miranda,
>By his attorneys,
>
>/s/ Leonard H. Kesten
>Leonard H. Kesten, BBO# 542042
>BRODY, HARDOON, PERKINS & KESTEN, LLP
>One Exeter Plaza
>Boston, MA 02116
>(617) 880-7100

Dated: August 1, 2005