UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARIO E. MENDES,<br>Plaintiff | )<br>)<br>) | CIVIL ACTION<br>NO. 05-11292 DPW |
| VS. | )<br>) | |
| BRIAN SWEET AND<br>JOAQUIM MIRANDA, in their individual capacities,<br>Defendants | )<br>)<br>)<br>)<br>) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Joaquim Miranda, Defendant

_____
Leonard H. Kesten, BBO #542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

Dated: 6/24/05