UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARIO MENDES | ) | |
| | ) | |
| VS. | ) | No. 05-11292-DPW |
| | ) | |
| BRIAN SWEET, ET AL. | ) | |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

See the attached for the plaintiff's certification pursuant to Local Rule 16.1(d)(3) as signed by the plaintiff and his counsel.

By his attorney,

/s/Alvin S. Nathanson

August 8, 2005

Alvin S. Nathanson, BBO# 367480
Nathanson & Goldberg, PC
2 Oliver Street
Boston, MA 02109
(617) 210-4800

[CERTIFICATION ATTACHED HERETO]

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify that they have conferred with each other with (a) view to establishing a budget for the costs of conducting the full course, and various courses, of the litigation, and (b) to consider the resolution of this litigation through the use of alternative dispute resolution program such as those outlined in Local Rule 16.4. In particular and without limitation, the undersigned conferred with respect to the fees and cost for the litigation, and as to considering alternative dispute resolution, such as mediation, with the undersigned agreeing to participate in mediation should the defendants agree to such a mediation.

Dated: Aug. 5, 2005

_____
Alvin S. Nathanson, BBO# 367480

_____
Mario E. Mendes