UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO E. MENDES,                    )  |  |
|       Plaintiff                )  |  |
| )  |  |
| VS.                                           )  | Civil Action No. 05-11292-DPW |
| )  |  |
| BRIAN SWEET and                    )  |  |
| JOAQUIM MIRANDA,              )  |  |
|       Defendants           )  |  |

_____

JOINT SCHEDULING CONFERENCE MEMORANDUM
_____

1.  PROPOSED DISCOVERY PLAN

    A. Interrogatories and Requests for Production of Documents

        The parties propose that interrogatories and requests for production of documents be served by December 31, 2005.

    B.  Experts and depositions of expert witnesses:

        The parties propose that Plaintiff name expert witnesses by January 31, 2006, and that Defendants name experts within one month thereafter, and that depositions of experts be completed within by March 31, 2006.

    C.  Depositions

        The parties propose that depositions be completed by March 31, 2006.

    C.  Admissions

        The parties propose that Requests for Admission be allowed up until 45 days prior to trial.

2.  MOTIONS

    Dispositive Motions

        The parties propose that dispositive motions be served by May 15, 2006.

3.  SETTLEMENT

    Plaintiff has made a settlement demand of $150,000.00.

4.  OTHER MATTERS

    Defendant Sweet has served a motion for the release of CORI information regarding the Plaintiff.  Early allowance of that motion would be helpful to the expeditious completion of discovery.

5.  TRIAL BEFORE A MAGISTRATE JUDGE

    The parties do not consent to trial before a Magistrate Judge.


| For Defendant Brian Sweet, | For Defendant Joaquim Miranda, |
|---|---|
| /S/ Brian Rogal | /S/ Leonard H. Kesten |
| Brian Rogal, Esquire | Leonard H. Kesten, Esquire |
| Law Offices of Timothy M. Burke | Brody Hardoon Perkins & Kesten, LLP |
| 160 Gould Street, Suite 111 | One Exeter Plaza |
| Needham, MA 02494 | Boston, MA 02116 |

For the Plaintiff,

/S/ Alvin S. Nathanson
Alvin S. Nathanson
Nathanson & Goldberg
Two Oliver Street
Boston, MA 02109


CERTIFICATE OF SERVICE

    I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by mailing first class postage pre-paid.

DATE:                                    /S/ Brian Rogal