UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO E. MENDES,<br>    Plaintiff<br><br>VS.<br><br>BRIAN SWEET AND<br>JOAQUIM MIRANDA, in their individual capacities,<br>    Defendants | CIVIL ACTION<br>NO. 05-11292 DPW |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-MENTIONED COURT:

Please enter our Appearance for the Defendant, JOAQUIM MIRANDA, in the above-entitled matter.

                                      Respectfully submitted,

                                      /s/ Jeremy Silverfine
                                      Jeremy I. Silverfine, BBO#542779
                                      Leonard H. Kesten, BBO#542042
                                      **Brody, Hardoon, Perkins & Kesten, LLP**
                                      One Exeter Plaza, 12th Floor
                                      Boston, MA  02116
                                      (617) 880-7100

Date: 8-19-05