UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO E. MENDES,<br>    Plaintiff<br><br>v.<br><br>BRIAN SWEET and<br>JOAQUIM MIRANDA<br>    Defendant | CIVIL ACTION NO. 05-11292DPW |

CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

Now comes the Defendant Brian Sweet through counsel and certifies that his counsel and counsel for the Massachusetts State Police have conferred regarding costs of litigation and alternative dispute resolution of this case.

Respectfully submitted
By Defendant Brian Sweet Attorney,
LAW OFFICES OF TIMOTHY M. BURKE

Brian Rogal, Esq., BBO #424920
160 Gould Street, Suite 111
Needham, MA  02494
(781) 455-0707

_____
Brian Sweet