UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIO E. MENDES,
   Plaintiff,

v.

BRIAN SWEET and
JOAQUIM MIRANDA,
   Defendants.

C.A. No. 05-11292DPW

## ASSENTED TO MOTION TO EXTEND DISCOVERY DEADLINE AND MOTIONS FOR SUMMARY JUDGMENT

Now comes the plaintiff, Mario E. Mendes and moves the Court to extend the discovery deadline as follows:

1. Expert and Depositions of Expert Witnesses:

   The Plaintiff shall disclose the names of his expert witnesses by June 15, 2006, and the Defendants shall disclose the names of their experts by July 15, 2006 and the depositions of experts shall be completed by August 15, 2006.

2. Depositions:

   The parties shall take all depositions by June 30, 2006.

3. Dispositive Motions:

   The parties shall serve dispositive motions by August 30, 2006.

As reasons therefore, the plaintiff states that he had moved to Florida and was unable to communicate with his counsel for awhile. The plaintiff needs to take the depositions of the defendants. The plaintiff has been assigned to a new counsel in the same office.

This is the first request to extend the discovery deadline and motion for summary judgment made by the plaintiff.

Counsel for the defendants have been consulted about this request for extension and have authorized the undersigned counsel to represent to the Court that counsel for the defendants have no objection to this request for an extension.

Mario E. Mendes
By his attorneys,

/s/ Jose Couto Centeio
Jose Couto Centeio, BBO #554440
Alvin S. Nathanson, BBO #367480
Two Oliver Street
Boston, MA 02109
671-210-4815

## CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certified that I conferred with the attorneys for the defendants and attempted in good faith to resolve or narrow the issues presented in this motion.

/s/ Jose Couto Centeio
_____
Jose Couto Centeio

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2006, I did serve a copy of the within motion by mailing a copy by first class mail upon counsel for the defendants and by serving the same electronically upon counsel for the defendants after filing same through the ECF system.

/s/ Jose Couto Centeio
_____
Jose Couto Centeio