UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO E. MENDES, )<br>         Plaintiff )<br>)<br>VS. )<br>)<br>BRIAN SWEET and )<br>JOAQUIM MIRANDA )<br>         Defendants ) | Civil Action No. 05-11292-DPW |

LOCAL RULE 7.1 CERTIFICATION FOR
DEFENDANT SWEET'S MOTION TO STRIKE
ANSWERS TO INTERROGATORIES

Now comes the defendant Brian Sweet, above named, and certifies that they he sent opposing counsel a letter asking that the plaintiff be read his answers to interrogatories, provide a statement that he was read and understood his answers, and that he then sign his answers.  Defendant has had no response prior to filing his Motion to Strike Answers to Interrogatories.

         Respectfully Submitted
         By Plaintiffs' attorney,

May 22, 2006         /s/ Brian Rogal
         Brian Rogal, Esq., BBO #424920
         LAW OFFICES OF TIMOTHY M. BURKE
         160 Gould Street, Suite 111
         Needham, MA 02494-2300
         (781) 455-0707