UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIO E. MENDES,
    Plaintiff

v.

BRIAN SWEET and
JOAQUIM MIRANDA,
    Defendants

C.A. No. 05-11292 DPW

### AFFIDAVIT OF PAMELA J. FITZGERALD

I, Pamela J. Fitzgerald, hereby depose and say as follows:

1. I am an attorney at Brody, Hardoon, Perkins & Kesten, One Exeter Plaza, Boston, MA 02116, which represents the defendant Joaquim Miranda in the captioned action.

2. I am a practicing attorney in good standing in the Commonwealth.

3. The plaintiff's Answers to the defendant Brian Sweet's Interrogatories, attached to the Defendant's Motion for Summary Judgment, as Exhibit 1, is a true and accurate copy to the best of my knowledge and belief;

4. The Massachusetts State Police Report of Trooper Joaquim Miranda, attached to the Defendant's Motion for Summary Judgment as Exhibit 2, is a true and accurate copy to the best of my knowledge and belief;

5. Excerpts from the deposition testimony of Joaquim Miranda, attached to the Defendant's Motion for Summary Judgment as Exhibit 3, is a true and accurate copy to the best of my knowledge and belief;

6. Excerpts from the deposition testimony of Mario Mendes, attached to the Defendant's Motion for Summary Judgment as Exhibit 4, is a true and accurate copy to the best of my knowledge and belief;

7. The affidavit of Charles Glancy, attached to the Defendant's Motion for Summary Judgment as Exhibit 5, is a true and accurate copy to the best of my knowledge and belief;

8. Excerpts from the deposition testimony of Beth Corrigan, attached to the Defendant's Motion for Summary Judgment as Exhibit 6, is a true and accurate copy to the best of my knowledge and belief;

9. Excerpts from the deposition testimony of Stephen Brady, attached to the Defendant's Motion for Summary Judgment as Exhibit 7, is a true and accurate copy to the best of my knowledge and belief;

10. The Letter from plaintiff's attorney to Attorney General Thomas Reilly dated October 20, 2004, attached to the Defendant's Motion for Summary Judgment as Exhibit 8, is a true and accurate copy to the best of my knowledge and belief.

Signed under the pains and penalties of perjury this 28th day of August 2006.

/s/ Pamela. Fitzgerald
Pamela J. Fitzgerald