UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO E. MENDES,<br>    Plaintiff<br><br>v.<br><br>BRIAN SWEET and<br>JOAQUIM MIRANDA,<br>    Defendants | C.A. No. 05-11292 DPW |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

NOW COMES counsel for the defendant in the above-captioned matter and certifies that they have conferred with Jose Centeio, counsel for the plaintiff regarding Defendant's Motion for Summary Judgment and supporting memorandum.

    Defendant,
    Joaquim Miranda,
    By his attorneys,


    /s/ Jeremy I. Silverfine
    Leonard E. Kesten, BBO # 542042
    Jeremy Silverfine, BBO # 542779
    Pamela J. Fitzgerald, BBO#563130
    Brody, Hardoon, Perkins & Kesten, LLP
    One Exeter Plaza
    Boston, MA 02116
    (617) 880-7100

Dated:  August 28, 2006