UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO E. MENDES,<br>　　Plaintiff,<br><br>v.<br><br>BRIAN SWEET and<br>JOAQUIM MIRANDA,<br>　　Defendants | No. 05-11292DPW |

### ASSENTED TO MOTION EXTENDING THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT JOAQUIM MIRANDA'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, Mario Mendes ("Plaintiff"), and moves for an extension of time of eighteen days or until September 29, 2006, in which to respond to the Defendant Joaquim Miranda's Motion For Summary Judgment in this case. As reason therefore, counsel for the Plaintiff states that he will be on vacation starting Friday, September 1, 2006 and will not return to work until September 11, 2006.

This is the first request for an extension of time requested by the Plaintiff with respect to the recently filed motion for summary judgment by the Defendant, Joaquim Miranda.

Counsel for the Defendant Joaquim Miranda has been consulted about this request for an extension, and has authorized the undersigned counsel to represent to the Court that counsel for said Defendant has no objection to this request for an extension.

Mario E. Mendes,
By his attorneys,

| | |
|---|---|
| August 30, 2006 | /s/ Jose Couto Centeio<br>Alvin S. Nathanson, BBO # 367480<br>Jose Couto Centeio, BBO #554440<br>Nathanson & Goldberg, PC<br>2 Oliver Street<br>Boston, MA 02109<br>(617) 210-4800<br><br>Joaquim Miranda,<br>By his Attorneys, |
| Assented to by: | /s/ Jeremy I. Silverfine<br>Leonard E. Kesten, BBO #542042<br>Jeremy Silverfine, BBO #542779<br>Pamela J. Fitzgerald, BBO #563130<br>Brody, Hardoon, Perkins, & Kesten, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>617-880-7100 |

## CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I conferred with the attorney for the Defendant Joaquim Miranda and attempted in good faith to resolve or narrow the issues presented in this motion.

/s/ Jose Couto Centeio
Jose Couto Centeio

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006 I did serve a copy of the within motion by mailing a copy by first class mail upon counsel for the Defendants and by serving the same electronically upon counsel for the Defendants after filing the same through the ECF system.

/s/ Jose Couto Centeio
Jose Couto Centeio