UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO E. MENDES )<br>    Plaintiff )<br> )<br>V. )<br> )<br>BRIAN SWEET and )<br>JOAQUIM MIRANDA )<br>    Defendants )<br> ) | CIVIL ACTION NO. 05-11292DPW |

NOTICE OF APPEARANCE

Please enter an appearance for Brian Rogal as counsel for Defendant Brian Sweet in the above-entitled matter.

Respectfully submitted,
For Defendant Brian Sweet,
By his attorney,

/s/ Brian Rogal
Brian Rogal, Esquire
BBO #424920
LAW OFFICES OF TIMOTHY M. BURKE
160 Gould Street, Suite 111
Needham, MA  02494
(781) 455-0707

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail, postage pre-paid.

Date: 8/31/06                                            /s/ Brian Rogal