UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIO E. MENDES,<br>Plaintiff,<br><br>v.<br><br>BRIAN SWEET and<br>JOAQUIM MIRANDA,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-11292DPW<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS CONFERENCE REPORT

1. **DISCOVERY:**

   The parties have completed discovery.

   The parties do not anticipate the hiring of Expert Witnesses.

2. **MOTIONS:**

   A. Dispositive Motions:

   The Defendant Joaquim Miranda has filed a motion for summary judgment. The Plaintiff is in the process of filing his opposition to the motion.

   The parties are waiting for a date on a hearing on the motion for summary judgment and if necessary trial date.

3. **SETTLEMENT:**

   The parties have not had any settlement discussions.

4. **OTHER MATTERS:**

   The Plaintiff needs to have the medial records certified by the medical providers in New Hampshire.

5.      TRIAL BEFORE MAGISTRATE:

The parties do not consent to trial before a Magistrate Judge.

For the Plaintiff Mario E. Mendes,


/s/ Jose Couto Centeio
Jose Couto Centeio, BBO #554440
Alvin S. Nathanson, BBO #367480
Nathanson & Goldberg, PC
Two Oliver Street
Boston, MA 02109
671-210-4815

For the Defendant Brian Sweet,


/s/ Brian Rogal
Brian Rogal, Esquire BBO #
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA 02494-2300
781-455-0707

For the Defendant Joaquim Miranda,


/s/ Jeremy Silverfine
Jeremy Silverfine, Esquire
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
617-880-7100

## CERTIFICATE OF SERVICE

    I hereby certify that on September 21, 2006, I did serve a copy of the within motion by mailing a copy by first class mail upon counsel for the defendants and by serving the same electronically upon counsel for the defendants after filing same through the ECF system.

                                            /s/ Jose Couto Centeio
                                            Jose Couto Centeio, Esquire