UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARIO E. MENDES,<br>　　Plaintiff,<br><br>v.<br><br>BRIAN SWEET and<br>JOAQUIM MIRANDA,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-11292DPW |

PLAINTIFF'S PROPOSED SPECIAL VERDICT QUESTIONS TO JURY

1. Did the Defendant Trooper Brian Sweet violate the Plaintiff, Mario Mendes, civil rights by using excessive force against Mr. Mendes on or about March 7, 2004? (Please make "X" below)

    _____ Yes

    _____ No

    If your answer to Question #1 is "Yes", then answer Questions #2 and #3. If your answer to Question #1 is "No", then skip Questions #2 and #3 and answer Question $4.

2. What amount, if any, do you award to the Plaintiff, Mario Mendes, as compensatory damages against the Defendant Brian Sweet?

    ANSWER in words: _____

    FIGURES:    $_____

3.  What amount, if any, do you award to the Plaintiff Mario Mendes as punitive damages against the Defendant Joaquim Miranda?

    ANSWER in words: _____

    FIGURES:   $_____

4.  Did the Defendant Trooper Joaquim Miranda violate the Plaintiff, Mario Mendes, civil rights by using excessive force against Mr. Mendes on or about March 7, 2004? (Please make "X" below)

    _____ Yes

    _____ No

    If your answer to Question #4 is "Yes", then answer Questions #5 and #6. If your answer to Question #4 is "No", then skip question #5 and #6 and answer question #7.

5.  What amount, if any, do you award to the Plaintiff, Mario Mendes, as compensatory damages against the Defendant Joaquim Miranda?

    ANSWER in words: _____

    FIGURES:   $_____

6.  What amount, if any, do you award to the Plaintiff Mario Mendes as punitive damages against the Defendant Brian Sweet?

    ANSWER in words: _____

    FIGURES:   $_____

7. Did the Defendant Trooper Brian Sweet commit an unlawful assault and battery against the Plaintiff Mario Mendes? (Please make "X" below)

   _____ Yes

   _____ No

   If your answer to Question #7 is "Yes", then answer Questions #8.  If your answer to Question #7 is "No", then skip question #8 and answer question #9.

8. What amount, if any, do you award to the Plaintiff, Mario Mendes, as compensatory damages against the Defendant Brian Sweet?

   ANSWER in words: _____

   FIGURES:   $_____

9. Did the actions of the Defendant Trooper Brian Sweet cause the Plaintiff Mario Mendes to suffer emotional distress? (Please make "X" below)

   _____ Yes

   _____ No

   If your answer to Question #9 is "Yes", then answer Questions #10.  If your answer to Question #9 is "No", then skip question #10 and answer question #11.

10. What amount, if any, do you award to the Plaintiff, Mario Mendes, as compensatory damages against the Defendant Brian Sweet?

    ANSWER in words: _____

    FIGURES:   $_____

11. Did the Defendant Trooper Joaquim Miranda maliciously file the assault and battery charge against the Plaintiff Mario Mendes? (Please make "X" below)

_____ Yes

_____ No

If your answer to Question #11 is "Yes", then answer Questions #12. If your answer to Question #11 is "No", then skip question #12 and answer question #13.

12. What amount, if any, do you award to the Plaintiff, Mario Mendes, as compensatory damages against the Defendant Joaquim Miranda?

ANSWER in words: _____

FIGURES:   $_____

13. Did the Defendant Trooper Joaquim Miranda act negligently in failing to provide medical care to the Plaintiff Mario Mendes? (Please make "X" below)

_____ Yes

_____ No

If your answer to Question #13 is "Yes", then answer Questions #14. If your answer to Question #13 is "No", do not answer question #14.

14. What amount, if any, do you award to the Plaintiff, Mario Mendes, as compensatory damages against the Defendant Joaquim Miranda?

ANSWER in words: _____

FIGURES:   $_____

                                                          Respectfully submitted,
                                                          Mario E. Mendes,
                                                          By his attorneys,

October 13, 2006                     /s/ Jose Couto Centeio
                                                          Alvin S. Nathanson, BBO # 367480
                                                          Jose Couto Centeio, BBO #554440
                                                          Nathanson & Goldberg, PC
                                                          2 Oliver Street
                                                          Boston, MA 02109
                                                          (617) 210-4800