UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIO E. MENDES,                                )
       Plaintiff                               )        CIVIL ACTION
                                                )        NO. 05-11292 DPW
VS.                                              )
                                                 )
BRIAN SWEET AND                                  )
JOAQUIM MIRANDA, in their individual capacities, )
       Defendants                             )

## PROPOSED JUROR QUESTIONS BY DEFENDANT JOAQUIN MIRANDA TO BE ADDRESSED TO THE VENIRE:

    a.    Does any juror have a close relation who is employed by the State Police, Chelmsford Police and/or Fire Department, Town of Chelmsford?

    b.    Has any juror ever filed suit against the Massachusetts State Police, Chelmsford Police and/or Fire Department, Town of Chelmsford and/or one of its employees?

    c.    Has any juror ever filed suit against any police department, fire department and/or municipalities and/or one of its employees?

    d.    Would any juror be _less_ likely to credit the testimony of witness if that witness was a law enforcement officer?

    e.    Would any juror be _less_ likely to credit the testimony of a witness if that witness was a town employee or an employee of a fire/EMT department?

    f.    Would any juror be influenced by media accounts of instances of alleged police misconduct?

g.  Have you or any member of your family, or any close friend ever been the subject of a law enforcement official's investigation?

h.  Do you harbor any ill feelings toward law enforcement as a profession?

i.  Does anyone on the jury believe that he or she or members of his or her family, friends, or acquaintances have been unreasonably treated in any fashion by police officers?

>Respectfully Submitted,
>The Defendant, Joaquin Miranda
>By his Attorneys,
>
>  /s/ Jeremy I. Silverfine
>Jeremy Silverfine, BBO# 542779
>Leonard H. Kesten, BBO# 542042
>BRODY, HARDOON, PERKINS & KESTEN
>One Exeter Plaza, 12th Floor
>Boston, MA 02116
>(617) 880-7100

Dated: October 13, 2006