UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO E. MENDES,<br>    Plaintiff<br><br>VS.<br><br>BRIAN SWEET AND<br>JOAQUIM MIRANDA, in their individual capacities,<br>    Defendants | CIVIL ACTION<br>NO. 05-11292 DPW |

### DEFENDANT JOAQUIN MIRANDA' FIRST SUBMISSION FOR SUGGESTED SPECIAL VERDICT QUESTIONS FOR THE JURY

Now comes the Defendant in the above-entitled case and, files this request for Special Verdict Questions for the Jury:

### FEDERAL CIVIL RIGHTS CLAIM

v. Joaquin Miranda:

Q.1. Did Trooper Joaquin Miranda violate Mario Mendes' federal civil rights on March 7, 2004?

A. Yes_____     No_____

### STATE CIVIL RIGHTS CLAIM

v. Joaquin Miranda

Q.2. Did Trooper Joaquin Miranda violate Mario Mendes' state civil rights by the use of threats, intimidation, or coercion on March 7, 2004?

A. YES_____  NO _____

### NEGLIGLENCE CLAIM

v. Joaquin Miranda:

Q. 3. Did Trooper Joaquin Miranda, acting as a reasonable police officer under the circumstances, breach any duty of care owed to Mario Mendes on March 7, 2004?

A. Yes_____    No _____

Q. 4. Was Trooper Joaquin Miranda the proximate cause of injuries sustained by Mario Mendes?

A. Yes_____   No_____

Q. 5. Was the plaintiff Mario Mendes the proximate cause of his own injuries?

A. Yes_____   No_____

Q. 6. What apportion do you find that the plaintiff Mario Mendes and/or Joaquin Miranda were negligent?

Mario Mendes Percentage_____

Joaquin Miranda Percentage_____

                                        Respectfully submitted
                                        The Defendant, Joaquin Miranda
                                        By his attorneys,

                                        __/s/ Jeremy I. Silverfine_____
                                        Jeremy I. Silverfine, BBO #542779
                                        Leonard H. Kesten, BBO #542042
                                        Brody, Hardoon, Perkins & Kesten, LLP
                                        One Exeter Plaza
                                        Boston, MA  02116
                                        (617) 880-7100

Date:  October 13, 2006