```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

MARIO MENDES
    Plaintiff,

      v.                              CIVIL ACTION
                                 NO.05-11292-DPW

BRIAN SWEET ET AL
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

    The Court having been advised that the above-entitled action has been settled with respect to all parties;

    IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 30 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **NOVEMBER 20, 2006.**

    The pretrial conference set for October 24, 2006 and the jury trial set for October 30, 2006 are canceled.

                                                       BY THE COURT,

                                                       /S/ Michelle Rynne

DATED: October 20, 2006                      Deputy Clerk